**UNITED STATE DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CASE NO.: _____**

RONDY FORD,

     Plaintiff,

v.

BJ'S RESTAURANT OPERATIONS COMPANY
a Foreign Profit Corporation,

     Defendant.

_____/

**NOTICE OF REMOVAL**

Defendant, BJ'S RESTARUANT OPERATIONS COMPANY ("Defendant"), by and through its undersigned attorneys and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove this action from the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, where the matter is currently pending, to the United States District Court for the Middle District of Florida, Orlando Division. The removal of this action is based on the following:

**I.     PROCEDURAL HISTORY**

     1.     On or about November 27, 2023, Plaintiff, Rondy Ford, filed a Complaint in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, entitled *Rondy Ford v. BJ's Restaurant Operations Company*, Case

No. 2023-CA-017124-O (the "State Court Action"), wherein he alleges disability

discrimination and retaliation under both the Florida Civil Rights Act, Chapter 760

*et seq.* ("FCRA") (Count I-II) and the Americans with Disabilities Act of 1990, as

amended 42 U.S.C. § 12101, *et seq*. ("ADA") (Count III-IV),

      2.      Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint

as well as true and legible copies of all other papers on file in the State Court Action

are attached hereto as **Exhibit "A."**

      3.      The Complaint was served on November 30, 2023.  Accordingly, this

Notice of Removal has been filed within thirty (30) days after service of the

Complaint in the State Court Action.  This constituted Defendant's first legal notice

of the State Court Action for purposes of removal.  Thus, this Notice of Removal is

timely filed pursuant to 28 U.S.C. § 1446(b).

      4.      By removing this action, Defendant does not waive any defenses or

objections that it may have, including, but not limited to, sufficiency of process,

service of process, and personal jurisdiction.

      5.      Because Plaintiff brought this lawsuit in the Circuit Court of the Ninth

Judicial Circuit in and for Orange County, Florida, the Orlando Division of the

United States District Court for the Middle District of Florida is the proper forum

for removal.   *See* 28 U.S.C. §§ 89(b), 1441(a).

## II.   FEDERAL QUESTION

6.     This case is a civil action that may be removed to this Court pursuant to  is within the original federal question jurisdiction of the United States District Court  pursuant to 28 U.S.C. §§ 1331 and 1441 based upon the Court's federal question jurisdiction. Specifically, counts III and IV assert claims for  violations of the Americans with Disabilities Act of 1990, as amended ("ADA"), 42 U.S.C. § 12101, *et seq*.

## III.   SUPPLEMENTAL JURISDICTION

7.     This Court also has supplemental jurisdiction over Plaintiff's state law claims under the FCRA claims pursuant to 28 U.S.C. §1367(a).  With respect to Plaintiff's alleged violations under the FCRA, Plaintiff's state and federal law claims arise from the same set of facts and allegations such that they form part of the same case or controversy.

## IV.   NOTICE AND TIMELINESS

8.     Pursuant to 28 U.S.C. §1446(d), Defendant will promptly file a copy of the Notice of Removal with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, and simultaneously provide written notice of the filing of this Notice of Removal to Plaintiff as reflected by the Certificate of Service.

9.     The required filing fee and an executed civil cover sheet accompany this Notice.

WHEREFORE, Defendant, BJ'S RESTAURANT OPERATIONS COMPANY, respectfully requests that this action, now pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, be removed to the United States District Court for the Middle District of Florida, Orlando Division, and respectfully requests that the Court exercise jurisdiction over this matter and proceed with resolution of this case as if it had been originally filed herein.

Dated: January 2, 2024                      Respectfully submitted,

                                            /s/ Nancy A. Johnson
                                            Nancy A. Johnson
                                            Florida Bar No. 0597562
                                            najohnson@littler.com
                                            Justin O. Scott
                                            Florida Bar No. 1015628
                                            juscott@littler.com
                                            LITTLER MENDELSON P.C.
                                            111 North Orange Avenue, Suite 1750
                                            Orlando, FL  32801-2366
                                            Telephone: 407.393.2900
                                            Facsimile: 407.393.2929

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 2nd day of January, 2024, a copy of the

foregoing was filed using CM/ECF and thereby served, as follows:

Daniel H. Hunt, Esquire
Post Office Box 121247
Miami, FL 33256


/s/ Nancy A. Johnson
Nancy A. Johnson